**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Entered pursuant to Administrative Order No. 16-02, Josiah C. Sell, Clerk of Court**

**By:** /s/ Anita Pribula
      **Deputy Clerk**

**Dated: 08:03 AM June 8, 2020**

B20-33368                              EAB\:ans

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GRETCHEN CLAIRE WALDRON | ) | CASE NO. 20-60088 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | ORDER GRANTING MOTION OF LAND HOME |
| | ) | FINANCIAL SERVICES, INC. FOR RELIEF FROM |
| | ) | STAY AND ABANDONMENT (Docket #10) |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 94 Lynn Dr |
| | ) |    Ontario, Ohio 44906 |
| | ) | |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by LAND HOME FINANCIAL SERVICES, INC. ("Movant"). (Docket #10). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with

the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property 94 Lynn Dr, Ontario, Ohio 44906.

SUBMITTED BY:

/s/ Edward A. Bailey
Reimer Law Co.
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
Richard J. LaCivita #0072368
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
ebailey@reimerlaw.com

**LIST OF PARTIES TO BE SERVED:**

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Anthony DeGirolamo on behalf of the Chapter 7 Trustee's office at ajdlaw@sbcglobal.net

3. Deborah L Mack, Esq. on behalf of Gretchen Claire Waldron, Debtor, at debbie@OhioFinancial.Lawyer

4. Edward A. Bailey, Esq., on behalf of Movant, at bknotice@reimerlaw.com

And by regular U.S. mail, postage prepaid, to:

5. Gretchen Claire Waldron, Debtor
   94 Lynn Dr
   Ontario, OH 44905

6. Richland County Treasurer
   50 Park Avenue East
   Mansfield, Ohio 44902

7. Barclays Bank Delaware
   Attn: Correspondence
   PO Box 8801
   Wilmington, DE 19899